■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY P. DIOGUARDI, Also Known as ANTHONY DIOGUARDI, Appellant. [919 NYS2d 457]—

Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.